**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SENON MARTINEZ MONTOYA, *on behalf of himself and other similarly situated in the proposed FLSA Collective Action*,<br><br>Plaintiff,<br><br>- against -<br><br>HAVANA CENTRAL NY 2, LLC, and JEREMY MERRIN,<br><br>Defendants. | Case No. 1:23-cv-00111 (JLR)<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, and the Declaration of Glenn S. Grindlinger, Esq. in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, dated April 10, 2023, and the exhibits annexed thereto, and upon all of the prior papers and proceedings in this case, Defendants Havana Central NY 2, LLC, and Jeremy Merrin (collectively, "Defendants"), by and through their attorneys, Fox Rothschild LLP, will move before the Honorable Jennifer L. Rochon, on a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint, in its entirety, with prejudice. Defendants further seek an order granting Defendants costs, fees, and disbursements together with such other and further relief as the Court deems just, proper, and equitable.

144435666.1

2

Dated:   New York, New York
         April 10, 2023

                                              Respectfully submitted,

                                              FOX ROTHSCHILD LLP

                                              /s/ *Glenn S. Grindlinger*
                                              Glenn S. Grindlinger, Esq.
                                              Nicole E. Price, Esq.
                                              101 Park Avenue, 17th Floor
                                              New York, New York 10178
                                              (212) 878-7900
                                              ggrindlinger@foxrothschild.com
                                              nprice@foxrothschild.com

                                              *Attorneys for Defendants*

2