UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENON MARTINEZ MONTOYA,<br><br>                    Plaintiff,<br><br>-against-<br><br>HAVANA CENTRAL NY 2, LLC, et al.,<br><br>                    Defendants. | Case No. 1:23-cv-00111<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

    In light of Defendants' new motion to dismiss, *see* ECF No. 15, Defendants' earlier motion to dismiss filed at ECF No. 9 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **April 24, 2023**. Defendants' reply, if any, is due by **May 1, 2023.**

    The Clerk of Court is respectfully directed to terminate ECF No. 9.

Dated: April 11, 2023
       New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*
                                                JENNIFER L. ROCHON
                                                United States District Judge