UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SENON MARTINEZ MONTOYA, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                    Plaintiff,

-against-

HAVANA CENTRAL NY 2, LLC and
JEREMY MERRIN,

                    Defendants.
-----------------------------------------------------------------X

23 Civ. No. 0111 (JLR) (GS)

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

        On April 3, 2023, Plaintiff filed his First Amended Complaint, which attached as Exhibit A a form entitled "New Employee Worksheet." (Dkt. No. 13-1 ("Exhibit A")). Exhibit A, which is not redacted, includes personally identifiable information in violation of Fed. R. Civ. P. 5.2(a), which provides that, unless the court orders otherwise, when a filing contains an individual's social security number, only the last four digits may be included.

        Plaintiff is accordingly directed to file forthwith a redacted version of Exhibit A that complies with Rule 5.2(a). Upon filing of the redacted version, the Clerk of Court is respectfully directed to strike Dkt. No. 13-1 from the docket.

        **SO ORDERED.**

DATED:    New York, New York
               December 7, 2023

_____
The Honorable Gary Stein
United States Magistrate Judge