UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENON MARTINEZ MONTOYA,<br><br>       Plaintiff,<br><br>-against-<br><br>HAVANA CENTRAL NY 2, LLC et al.,<br><br>       Defendants. | Case No. 1:23-cv-00111 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  For the reasons stated on the record at today's hearing, Defendants' objections to the Report and Recommendation (ECF No. 43) are overruled and the Report and Recommendation is ADOPTED in full. Defendants' motion to dismiss (ECF No. 15) is DENIED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 15.

Dated: February 29, 2024
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge