**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

SENON MARTINEZ MONTOYA,

                              Plaintiff,

          -against-

HAVANA CENTRAL NY2, LLC *et al*,

                              Defendants.
----------------------------------------------------------------X

**23 Civ. No. 111 (JLR) (GS)**

**VIDEO STATUS**
**CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

          This action is scheduled for a Video Status Conference for **Thursday, June 20, 2024 at 2:00 p.m.**  Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. Meeting ID: [234 305 668 078]

Passcode: [cotpna]

          **SO ORDERED.**

DATED:     New York, New York
                  April 5, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge