UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Senon Martinez Montoya,

                 *Plaintiff*,

     - *against* –

Havana Central NY 2, LLC, and Jeremy Merrin,

                 *Defendants*.
-------------------------------------------------------------X

Case No.: 23-cv-00111

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

WHEREAS, on June 12, 2024, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Havana Central NY 2, LLC, and Jeremy Merrin (the "Defendants") having offered to allow Plaintiff Senon Martinez Montoya (the "Plaintiff"), to take a judgment against the Defendants in this action in the total sum of $34,250.00 (the "Judgment Amount").

WHEREAS, the total Judgment Amount is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as Exhibit "A";

NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

                                                LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                                By: _____
                                                Jason Mizrahi
                                                60 East 42nd Street, Suite 4700
                                                New York, NY 10165
                                                Tel. No.:  (212) 792-0048
                                                Email: Jason@levinepstein.com
                                                *Attorneys for Plaintiff*

Via ECF: All Counsel

Encl.